```
 1  LATHAM & WATKINS LLP
       Miles N. Ruthberg (Bar No. 086742)
 2     miles.ruthberg@lw.com
       Pamela S. Palmer (Bar No. 107590)
 3     pamela.palmer@lw.com
    633 West Fifth Street, Suite 4000
 4  Los Angeles, California 90071-2007
    Telephone: +1.213.485.1234
 5  Facsimile: +1.213.891.8763

 6  LATHAM & WATKINS LLP
       Kimberly Arouh Hicks (Bar No. 163285)
 7     kimberly.hicks@lw.com
       Jake Ryan (Bar No. 211899)
 8     jake.ryan@lw.com
       Curtis Carll (Bar No. 248470)
 9     curtis.carll@lw.com
       Daniel K. Greene (Bar No. 253595)
10     daniel.greene@lw.com
    600 West Broadway, Suite 1800
11  San Diego, California  92101-3375
    Telephone:  +1.619.236.1234
12  Facsimile:  +1.619.696.7419

13  Attorneys for Nominal Defendant
    Leap Wireless International, Inc.
14
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, <br><br> Defendants, <br><br> and <br><br> LEAP WIRELESS INTERNATIONAL, INC., <br><br> Nominal Defendant. | CASE NO. 08-CV-0246 L NLS <br><br> (Derivative Action) <br><br> **NOTICE OF APPEARANCE** <br><br> Judge:         The Hon. M. James Lorenz <br> Courtroom:  14 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        Please take notice that the undersigned hereby enters an appearance on behalf of

3  Nominal Defendant Leap Wireless International, Inc. effective immediately in Case No. 08-CV-

4  0246. Please add us to your proof of service mailing lists.

5  Dated: May 30, 2008                        Respectfully submitted,

6                                            LATHAM & WATKINS LLP
                                          Miles N. Ruthberg
7                                            Pamela S. Palmer
                                          Kimberly Arouh Hicks
8                                            Jake Ryan
                                          Curtis Carll
9                                            Daniel K. Greene

10

11                                 By <u>s/Kimberly Arouh Hicks</u>
                                          Kimberly Arouh Hicks
12                                           Attorneys for Nominal Defendant
                                          Leap Wireless International, Inc.
13                                           kimberly.hicks@lw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>  SD\632868.1           1           CASE NO. 08-CV-0246
ATTORNEYS AT LAW
SAN DIEGO                                            NOTICE OF APPEARANCE OF COUNSEL

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On May 30, 2008, I served the following document described as:

**NOTICE OF APPEARANCE**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Edward M. Gergosian, Esq.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
*ed@gergosian.com*
**Attorneys for Plaintiff**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2008, at San Diego, California.

_____
Andrea Rasco