LATHAM & WATKINS LLP
   Miles N. Ruthberg (Bar No. 086742)
   miles.ruthberg@lw.com
   Pamela S. Palmer (Bar No. 107590)
   pamela.palmer@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
   Kimberly Arouh Hicks (Bar No. 163285)
   kimberly.hicks@lw.com
   Jake Ryan (Bar No. 211899)
   jake.ryan@lw.com
   Curtis Carll (Bar No. 248470)
   curtis.carll@lw.com
   Daniel K. Greene (Bar No. 253595)
   daniel.greene@lw.com
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Attorneys for Nominal Defendant
Leap Wireless International, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, <br><br> Defendants, <br><br> and <br><br> LEAP WIRELESS INTERNATIONAL, INC., <br><br> Nominal Defendant. | CASE NO. 08-CV-0246 L NLS <br><br> (Derivative Action) <br><br> **NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT** <br><br> Judge:     The Hon. M. James Lorenz <br> Courtroom:  14 |

LATHAM&WATKINS LLP   SD\632866.1                                                                CASE NO. 08-CV-0246
ATTORNEYS AT LAW
SAN DIEGO                                                                                        LEAP WIRELESS' RULE 7.1 DISCLOSURE STATEMENT

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nominal Defendant Leap Wireless International, Inc. ("Leap") states that: (a) it has no parent corporation that owns 10% or more of its stock; and (b) it has no publicly held corporation that owns 10% or more of its stock.

To further enable the Court to evaluate possible conflict issues, Leap states that, based solely on beneficial ownership information that has been filed with the Securities and Exchange Commission on Schedules 13D and 13G by beneficial owners of more than 5% of Leap common stock prior to the date hereof, Leap believes that the following three entities have voting and investment power with respect to more than 10% of the total Leap stock outstanding: (i) entities affiliated with MHR Fund Management, LLC; (ii) entities affiliated with Harbinger Capital Partners Master Fund I, Ltd.; and (iii) T. Rowe Price Associates, Inc. Under the Federal Rules, Leap is not required to and by this filing does not agree to undertake to supplement its voluntary disclosure of beneficial owners of more than 10% of Leap common stock that are not publicly held by a corporation.

Dated: May 30, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
Miles N. Ruthberg
Pamela S. Palmer
Kimberly Arouh Hicks
Jake Ryan
Curtis Carll
Daniel K. Greene


By s/ Kimberly Arouh Hicks
    Kimberly Arouh Hicks
    Attorneys for Nominal Defendant
    Leap Wireless International, Inc.
    Kimberly.hicks@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\632866.1

1

CASE NO. 08-CV-0246
LEAP WIRELESS' RULE 7.1 DISCLOSURE STATEMENT

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On May 30, 2008, I served the following document described as:

**NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Edward M. Gergosian, Esq.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
ed@gergosian.com
**Attorneys for Plaintiff**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2008, at San Diego, California.

_____
Andrea Rasco