| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Miles N. Ruthberg (Bar No. 086742) |
| 2 | miles.ruthberg@lw.com |
|   | Pamela S. Palmer (Bar No. 107590) |
| 3 | pamela.palmer@lw.com |
|   | 633 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, California 90071-2007 |
|   | Telephone: +1.213.485.1234 |
| 5 | Facsimile: +1.213.891.8763 |
| 6 | LATHAM & WATKINS LLP |
|   | Kimberly Arouh Hicks (Bar No. 163285) |
| 7 | kimberly.hicks@lw.com |
|   | Jake Ryan (Bar No. 211899) |
| 8 | jake.ryan@lw.com |
|   | Curtis Carll (Bar No. 248470) |
| 9 | curtis.carll@lw.com |
|   | Daniel K. Greene (Bar No. 253595) |
| 10 | daniel.greene@lw.com |
|   | 600 West Broadway, Suite 1800 |
| 11 | San Diego, California 92101-3375 |
|   | Telephone: +1.619.236.1234 |
| 12 | Facsimile: +1.619.696.7419 |
| 13 | Attorneys for Nominal Defendant |
|   | Leap Wireless International, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., | CASE NO. 08-CV-0246 L NLS |
| | (Derivative Action) |
| Plaintiff, | **NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS DERIVATIVE COMPLAINT** |
| v. | |
| S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, | Judge: The Hon. M. James Lorenz<br>Courtroom: 14<br>Hearing Date: August 4, 2008<br>Hearing Time: 10:30 a.m. |
| Defendants, | |
| and | |
| LEAP WIRELESS INTERNATIONAL, INC., | |
| Nominal Defendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\632779.1

CASE NO. 08-CV-0246
NOMINAL DEFENDANT LEAP'S NOTICE OF
MOTION AND MOTION TO DISMISS DERIVATIVE COMPLAINT

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on August 4, 2008 at 10:30 a.m., or as soon thereafter as
3  the matter may be heard, before the Honorable M. James Lorenz, located at the United States
4  Courthouse, 940 Front St., San Diego, California, Courtroom 14, Nominal Defendant Leap
5  Wireless International, Inc., will and does hereby move, in the alternative:

6  (a) for a dismissal for lack of prosecution under Federal Rule Civil Procedure 4(m) and
7  41 for failure to prosecute, or

8  (b) for a dismissal pursuant to Federal Rules of Civil Procedure Rule 23.1 and 12(b)(6)
9  and applicable Delaware law on the grounds that plaintiff lacks standing because he has failed to
10  plead compliance with the pre-suit demand requirements and to allege his shareholder status with
11  particularity, as required in order to assert claims derivatively that are "a right of the corporation"
12  under rule 23.1.  Specifically, (1) plaintiff failed to make a demand on Leap's board of directors
13  prior to filing suit and to allege that any such demand was wrongfully refused; (2) plaintiff failed
14  to plead that making such a demand would have been futile; and (3) plaintiff failed to plead with
15  particularity that he was a shareholder of Leap continuously from 2004 to 2007 and during the
16  pendency of this case.

17  This motion is based on this Notice of Motion and Motion, and the accompanying
18  Memorandum of Points and Authorities, the Request for Judicial Notice and exhibits thereto, the
19  Declaration of Kimberly A. Hicks, and the contents of the file in this action, and whatever and
20  further evidence and argument is presented at the hearing of this motion.

21  Dated:  May 30, 2008                              Respectfully submitted,

                                                      LATHAM & WATKINS LLP
                                                      Miles N. Ruthberg
                                                      Pamela S. Palmer
                                                      Kimberly Arouh Hicks
                                                      Jake Ryan
                                                      Curtis Carll
                                                      Daniel K. Greene

                                                      By s/ Pamela S. Palmer
                                                         Pamela S. Palmer
                                                         Attorneys for Nominal Defendant
                                                         Leap Wireless International, Inc.
                                                         pamela.palmer@lw.com