```
 1  LATHAM & WATKINS LLP
       Miles N. Ruthberg (Bar No. 086742)
 2     miles.ruthberg@lw.com
       Pamela S. Palmer (Bar No. 107590)
 3     pamela.palmer@lw.com
    633 West Fifth Street, Suite 4000
 4  Los Angeles, California 90071-2007
    Telephone: +1.213.485.1234
 5  Facsimile: +1.213.891.8763

 6  LATHAM & WATKINS LLP
       Kimberly Arouh Hicks (Bar No. 163285)
 7     kimberly.hicks@lw.com
       Jake Ryan (Bar No. 211899)
 8     jake.ryan@lw.com
       Curtis Carll (Bar No. 248470)
 9     curtis.carll@lw.com
       Daniel K. Greene (Bar No. 253595)
10     daniel.greene@lw.com
    600 West Broadway, Suite 1800
11  San Diego, California  92101-3375
    Telephone:  +1.619.236.1234
12  Facsimile:  +1.619.696.7419

13  Attorneys for Nominal Defendant
    Leap Wireless International, Inc.
14
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, <br><br> Defendants, <br><br> and <br><br> LEAP WIRELESS INTERNATIONAL, INC., <br><br> Nominal Defendant. | CASE NO. 08-CV-0246 L NLS <br><br> (Derivative Action) <br><br> **DECLARATION OF KIMBERLY A. HICKS IN SUPPORT OF NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S MOTION TO DISMISS DERIVATIVE COMPLAINT** <br><br> Judge:           The Hon. M. James Lorenz <br> Courtroom:   14 <br> Hearing Date: August 4, 2008 <br> Hearing Time: 10:30 a.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\632783.1

CASE NO. 08-CV-0246
DECLARATION OF KIMBERLY A. HICKS IN SUPPORT
OF LEAP'S MOTION TO DISMISS DERIVATIVE COMPLAINT

1   I, Kimberly A. Hicks, declare and state as follows:

2   1.   I am an attorney at Latham & Watkins LLP, counsel for nominal defendant Leap Wireless International, Inc. ("Leap"). I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so.

2.   Attached to the Request for Judicial Notice in Support of Nominal Defendant Leap's Motion to Dismiss Derivative Complaint ("the Request") as Exhibit "A" is a true and correct copy of Leap's Amended and Restated Certificate of Incorporation, dated August 16, 2004, which is on file and publicly available with the Office of the Secretary of the State of Delaware.

3.   Attached to the Request as Exhibit "B" is a true and correct copy of Exhibit 99.1 (Leap Press Release dated November 9, 2007) attached to Leap's Form 8-K, filed with the Securities and Exchange Commission ("SEC") on November 13, 2007.

4.   Attached to the Request as Exhibit "C" is a true and correct copy of pertinent excerpts from the Statement of Financial Accounting Standards ("SFAS"), No. 154, Accounting Changes and Error Corrections, published in 2008 by the Financial Accounting Standards Board.

5.   Attached to the Request as Exhibit "D" is a true and correct copy of pertinent excerpts from Leap's Form 10-K/A for the fiscal year ended December 31, 2006, filed with the SEC on December 26, 2007.

6.   Attached to the Request as Exhibit "E" is a true and correct copy of pertinent excerpts from Leap's Form 10-Q/A for the period ending June 30, 2007, filed with the SEC on December 26, 2007.

7.   Attached to the Request as Exhibits "F", "G" and "H" are true and correct copies of Form 4s on file with the SEC, reporting Stewart D. Hutcheson's trading in Leap

///
///
///
///

LATHAM&WATKINS LLP   SD\632783.1
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NO. 08-CV-0246
DECLARATION OF KIMBERLY A. HICKS IN SUPPORT
OF LEAP'S MOTION TO DISMISS DERIVATIVE COMPLAINT

1  securities on February 27, 2007 and May 23, 2007, and Michael B. Targoff's trading in Leap
2  securities on June 6, 2007.
3        I declare under penalty of perjury of the laws of the United States that the
4  foregoing is true and correct. Executed this __30__ day of May, 2008 in San Diego, California.

*[signature: Kimberly A. Hicks]*

Kimberly A. Hicks

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\632783.1

2

CASE NO. 08-CV-0246
DECLARATION OF KIMBERLY A. HICKS IN SUPPORT
OF LEAP'S MOTION TO DISMISS DERIVATIVE COMPLAINT