| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |   Miles N. Ruthberg (Bar No. 086742) |
| 2 |   miles.ruthberg@lw.com |
|   |   Pamela S. Palmer (Bar No. 107590) |
| 3 |   pamela.palmer@lw.com |
|   | 633 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, California 90071-2007 |
|   | Telephone: +1.213.485.1234 |
| 5 | Facsimile: +1.213.891.8763 |
| 6 | LATHAM & WATKINS LLP |
|   |   Kimberly Arouh Hicks (Bar No. 163285) |
| 7 |   kimberly.hicks@lw.com |
|   |   Jake Ryan (Bar No. 211899) |
| 8 |   jake.ryan@lw.com |
|   |   Curtis Carll (Bar No. 248470) |
| 9 |   curtis.carll@lw.com |
|   |   Daniel K. Greene (Bar No. 253595) |
| 10 |   daniel.greene@lw.com |
|   | 600 West Broadway, Suite 1800 |
| 11 | San Diego, California 92101-3375 |
|   | Telephone: +1.619.236.1234 |
| 12 | Facsimile: +1.619.696.7419 |
| 13 | Attorneys for Nominal Defendant |
|   | Leap Wireless International, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., | CASE NO. 08-CV-0246 L NLS |
| | (Derivative Action) |
| Plaintiff, | **PROOF OF SERVICE OF NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S MOTION TO DISMISS DERIVATIVE COMPLAINT AND RELATED PLEADINGS** |
| v. | |
| S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, | |
| | Judge: The Hon. M. James Lorenz |
| | Courtroom: 14 |
| | Hearing Date: August 4, 2008 |
| | Hearing Time: 10:30 a.m. |
| Defendants, | |
| and | |
| LEAP WIRELESS INTERNATIONAL, INC., | |
| Nominal Defendant. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\632806.1

CASE NO. 08-CV-0246
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On May 30, 2008, I served the following document described as:

**NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS DERIVATIVE COMPLAINT;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S MOTION TO DISMISS DERIVATIVE COMPLAINT;**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S MOTION TO DISMISS DERIVATIVE COMPLAINT; AND EXHIBITS A THROUGH H**

**DECLARATION OF KIMBERLY A. HICKS IN SUPPORT OF NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S MOTION TO DISMISS DERIVATIVE COMPLAINT**

by serving a true copy of the above-described document in the following manner:

### BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Edward M. Gergosian, Esq.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
*ed@gergosian.com*
**Attorneys for Plaintiff**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2008, at San Diego, California.

_____
Andrea Rasco