KEITH E. EGGLETON, State Bar No.159842
Email:  keggleton@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email:  dwalters@wsgr.com
L. DAVID NEFOUSE, State Bar No. 243417
Email:  dnefouse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
S. Douglas Hutcheson, Amin Khalifa,
Grant Burton, Dean M. Luvisa, Michael
B. Targoff, John D. Harkey, Jr., Robert V.
Lapenta, Mark H. Rachesky, M.D. and
James D. Dondero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS, INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, <br><br> Defendants, <br><br> and <br><br> LEAP WIRELESS INTERNATIONAL, INC., <br><br> Nominal Defendant. | CASE NO.:  08-CV-0246-L-NLS <br><br> **INDIVIDUAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br> Date:    August 4, 2008 <br> Time:   10:30 a.m. <br> Dept:    14 <br> Before: The Hon. M. James Lorenz |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on August 4, 2008, at 10:30 a.m., or as soon thereafter as
3  the matter may be heard, before the Honorable M. James Lorenz, located at the United States
4  Courthouse, 940 Front St., San Diego, California, Courtroom 14, defendants S. Douglas
5  Hutcheson, Amin Khalifa, Grant Burton, Dean M. Luvisa, Michael B. Targoff, John D. Harkey,
6  Jr., Robert V. Lapenta, Mark H. Rachesky, M.D., and James D. Dondero (collectively, the
7  "Individual Defendants") will and do hereby move pursuant to Rules 9(b) and 12(b)(6) of the
8  Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995 (the
9  "Reform Act") and applicable Delaware law for an order dismissing plaintiff's Verified
10 Shareholder Derivative Complaint on the grounds that Plaintiffs have failed to state a claim
11 against any of the Individual Defendants.  Specifically, among other deficiencies: (1) plaintiff's
12 Section 10(b) claim fails to satisfy the heightened pleading requirements of the Reform Act and
13 Rule 9(b); (2) plaintiff's allegations in support of the breach of fiduciary duty claim fail to state a
14 claim; and (3) plaintiff fails to state a claim for unjust enrichment.

15      This motion is based upon this Notice of Motion and Motion; the accompanying
16 Memorandum of Points and Authorities; the Request for Judicial Notice; the Declaration of
17 Diane M. Walters and the exhibits thereto; the pleadings, records and papers on file in this
18 action; and such additional evidence and oral argument that the Court may consider and other
19 matters properly before the Court.

20 Dated:  June 2, 2008                      Respectfully submitted,
                                             WILSON SONSINI GOODRICH & ROSATI
21                                           Professional Corporation
                                             Keith E. Eggleton
22                                           Diane M. Walters
                                             L. David Nefouse
23

24                                           By:     s/ Diane M. Walters
                                                     Diane M. Walters
25                                                   Email: dwalters@wsgr.com

26                                           Attorneys for Defendants
                                             S. Douglas Hutcheson, Amin Khalifa, Grant
27                                           Burton, Dean M. Luvisa, Michael B. Targoff,
                                             John D. Harkey, Jr., Robert V. Lapenta, Mark
28                                           H. Rachesky, M.D., and James D. Dondero