1  KEITH E. EGGLETON, State Bar No.159842
   Email: keggleton@wsgr.com
2  DIANE M. WALTERS, State Bar No. 148136
   Email: dwalters@wsgr.com
3  L. DAVID NEFOUSE, State Bar No. 243417
   Email: dnefouse@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, California 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7

8  Attorneys for Defendants
   S. Douglas Hutcheson, Amin Khalifa,
9  Grant Burton, Dean M. Luvisa, Michael
   B. Targoff, John D. Harkey, Jr., Robert V.
10 Lapenta, Mark H. Rachesky, M.D. and
   James D. Dondero
11

12                UNITED STATES DISTRICT COURT

13                SOUTHERN DISTRICT OF CALIFORNIA

14

15 CHARLES GRAHAM, Derivatively            )  CASE NO.: 08-CV-0246-L-NLS
   on Behalf of Nominal Defendant LEAP    )
16 WIRELESS, INTERNATIONAL, INC.,         )
                                          )  **CERTIFICATE OF SERVICE**
17              Plaintiff,                )
                                          )  Date:   August 4, 2008
18       v.                               )  Time:   10:30 a.m.
                                          )  Dept:   14
19 S. DOUGLAS HUTCHESON, AMIN KHALIFA,    )  Before: The Hon. M. James Lorenz
   GRANT BURTON, DEAN M. LUVISA,          )
20 MICHAEL B. TARGOFF, JOHN D. HARKEY,    )
   JR., ROBERT V. LAPENTA, MARK H.        )
21 RACHESKY, M.D., and JAMES D. DONDERO,  )
                                          )
22              Defendants,               )
   and                                    )
23                                        )
   LEAP WIRELESS INTERNATIONAL, INC.,    )
24                                        )
                Nominal Defendant.        )
25                                        )
                                          )
26 _____)

27

28

## CERTIFICATE OF SERVICE

I, Sherri L. Mills, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **INDIVIDUAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

4. **DECLARATION OF DIANE M. WALTERS IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

5. **CERTIFICATE OF SERVICE**

by serving a true copy of the above-described documents by Electronic Filing.

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Edward M. Gergosian, Esq.<br>GERGOSIAN & GRALEWSKI LLP<br>655 Weste Broadway, Suite 1410<br>San Diego, CA 92101<br>ed@gergosian.com<br>**Attorneys for Plaintiff** | Kimberly Arouh Hicks, Esq.<br>LATHAM & WATKINS LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>kimberly.hicks@lw.com<br>**Attorney for Nominal Defendant** |

1 | Pamela S. Palmer, Esq.
2 | LATHAM & WATKINS LLP
    600 West Broadway, Suite 1800
    San Diego, CA 92101-3375
3 | *pamela.palmer@lw.com*
    **Attorneys for Nominal Defendant**
4 |
5 | I declare under penalty of perjury under the laws of the State of California that the
6 | foregoing is true and correct. Executed at Palo Alto, California on June 2, 2008.
7 |
8 | *[signature]*
    Sherri L. Mills