# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Charles Graham, Derivatively on Behalf of Nominal Defendant LEAP Wireless International, Inc., Plaintiff,

vs.

S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO Defendants,

and

Leap Wireless International, INC., NOMINAL Defendant

FILED
2008 JUN -4 AM 10: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0246 L NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Edward M. Gergosian GERGOSIAN & GRALEWSKI LLP 655 West Broadway, Suite 1410 San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. KIMBERLY
CLERK

JUN - 4 2008
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)