# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Charles Graham, etc. | | |
| Plaintiff, | No. | 08-CV-0246-L (NLS) |
| v. | | |
| S. Douglas Hutcheson, et al. | REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE. | |
| Defendant | | |

FILED
2008 JUN 11 PM 1:25
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KMK _____ DEPUTY

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low Numbered" Case No.   07-CV-2245-BTM (NLS)

Title:   HCL Partners Limited Partnership v. Leap Wireless International, Inc., et al.

Nature of Case: _____

The above "low numbered" case and the present case appear

__X__ (1)   to arise from the same or substantially identical transactions, happenings or events; or

__X__ (2)   involve the same or substantially the same parties or property; or

_____ (3)   involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__X__ (4)   call for determination of the same or substantially identical questions of law; or

_____ (5)   where a case is refiled within one year of having previously been terminated by the Court; or

_____ (6)   for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:   08-CV-0246-BTM (NLS)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

W. Samuel Hamrick, Jr., Clerk of Court,

DATED:   June 2, 2008   By: _____
(By) Deputy, M. Jenkins

### ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED: June 5, 2008   _____
Barry Ted Moskowitz
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Barry Ted Moskowitz and Magistrate Judge Nita L. Stormes for all further proceedings.

DATED: 6/9/08   _____
M. James Lorenz
United States District Judge