# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derviatevely on Behalf of Nominal Defendant LEAP WIRELESS INTERNATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, <br><br> Defendants, <br><br> and <br><br> LEAP WIRELESS, INTERNATIONAL, INC., <br><br> Nominal Defendant. | CASE NO. 08cv246 BTM(NLS) <br><br> **ORDER CONTINUING HEARING ON MOTION TO DISMISS** |

This case has been transferred to Judge Moskowitz. The hearing on Defendant Leap Wireless International, Inc.'s motion to dismiss the derivative complaint is continued to **August 15, 2008 at 11:00 a.m.** Unless otherwise directed by the Court, there shall be no oral argument, and no personal appearances are required.

**IT IS SO ORDERED.**

DATED: June 17, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge