LATHAM & WATKINS LLP
   Miles N. Ruthberg (Bar No. 086742)
   miles.ruthberg@lw.com
   Pamela S. Palmer (Bar No. 107590)
   pamela.palmer@lw.com
355 South Grand Avenue
Los Angeles, California 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
   Kimberly Arouh Hicks (Bar No. 163285)
   kimberly.hicks@lw.com
   Jake Ryan (Bar No. 211899)
   jake.ryan@lw.com
   Curtis Carll (Bar No. 248470)
   curtis.carll@lw.com
   Daniel K. Greene (Bar No. 253595)
   daniel.greene@lw.com
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Attorneys for Nominal Defendant
Leap Wireless International, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO,<br><br>        Defendants,<br><br>   and<br><br>LEAP WIRELESS INTERNATIONAL, INC.,<br><br>        Nominal Defendant. | CASE NO. 08-CV-0246 BTM NLS<br><br>(Derivative Action)<br><br>NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S NOTICE OF RELATED CASES **FILED IN STATE COURT**<br><br>Judge:    The Hon. Barry T. Moskowitz<br>Courtroom:  14 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\636364.1

CASE NO. 08-CV-0246
NOTICE OF RELATED CASES
FILED IN STATE COURT

1   Pursuant to California Rule of Court 3.300(d), Leap Wireless International, Inc. is
2  required to file and serve its state court Notice of Related Cases, attached hereto as Exhibit A, in
3  this related action.

4  Dated: June 19, 2008                                Respectfully submitted,

5                                                     LATHAM & WATKINS LLP
                                                      Miles N. Ruthberg
6                                                     Pamela S. Palmer
                                                      Kimberly Arouh Hicks
7                                                     Jake Ryan
                                                      Curtis Carll
8                                                     Daniel K. Greene

9
                                                      By s/ Kimberly Arouh Hicks
10                                                        Kimberly Arouh Hicks
                                                          Attorneys for Nominal Defendant
11                                                        Leap Wireless International, Inc.
                                                          kimberly.hicks@lw.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On June 19, 2008, I served the following document described as:

**NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S NOTICE OF RELATED CASES FILED IN STATE COURT**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Edward M. Gergosian, Esq.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
ed@gergosian.com
**Attorneys for Plaintiff**

Keith E. Eggleton, Esq.
Diane M. Walters, Esq.
WILSON SONSINI GOODRICH & ROSATI APC
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300
Fax: 650-493-6811
email: keggleton@wsgr.com
email: dwalters@wsgr.com
**Attorneys for Individual Defendants**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2008, at San Diego, California.

_____
Andrea Rasco

# EXHIBIT A

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Miles N. Ruthberg (Bar No. 086742) |
| 2 |    miles.ruthberg@lw.com |
| |    Pamela S. Palmer (Bar No. 107590) |
| 3 |    pamela.palmer@lw.com |
| | 355 South Grand Avenue |
| 4 | Los Angeles, California 90071 |
| | Telephone: +1.213.485.1234 |
| 5 | Facsimile: +1.213.891.8763 |
| 6 | LATHAM & WATKINS LLP |
| |    Kimberly Arouh Hicks (Bar No. 163285) |
| 7 |    kimberly.hicks@lw.com |
| |    Curtis Carll (Bar No. 248470) |
| 8 |    curtis.carll@lw.com |
| |    Daniel K. Greene (Bar No. 253595) |
| 9 |    daniel.greene@lw.com |
| | 600 West Broadway, Suite 1800 |
| 10 | San Diego, California 92101-3375 |
| | Telephone: +1.619.236.1234 |
| 11 | Facsimile: +1.619.696.7419 |
| 12 | Attorneys for Nominal Defendant |
| | Leap Wireless International, Inc.. |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

| | |
|---|---|
| LORI MCBRIDE, Derivatively on Behalf of Leap Wireless International, Inc., | Case No. 37-2007-00081584-CU-MC-CTL |
| Plaintiff, | **NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S NOTICE OF RELATED CASES** |
| v. | |
| S. DOUGLAS HUTCHESON, MARK H. RACHESKY, JAMES D. DONDERO, JOHN. D. HARKEY, JR., ROBERT V. LaPENTA, MICHAEL B. TARGOFF, | Judge:          Hon. John S. Meyer<br>Dept.:           61<br>Complaint Filed:  November 13, 2007 |
| Defendants, | |
| – and – | |
| LEAP WIRELESS INTERNATIONAL, INC., a California corporation, | |
| Nominal Defendant. | |

LATHAM&WATKINS LLP  
ATTORNEYS AT LAW  
SAN DIEGO

SD\633900.1

Case No. 37-2007-00081584-CU-MC-CTL  
NOTICE OF RELATED CASES

**Notice of Related Cases**

Pursuant to California Rules of Court 3.300 (c), Nominal Defendant Leap Wireless International, Inc. ("Leap") hereby gives notice to the Court and all interested parties that the above captioned state derivative case is related to: (1) pending federal derivative and securities cases, and (2) dismissed cases.

**A.   Related <u>Pending</u> <u>Federal</u> Derivative And Securities Cases**

This case, *Lori McBride, Derivatively on Behalf of Leap Wireless International, Inc. v. S. Douglas Hutcheson, Mark H. Rachesky, James D. Dondero, John D. Harkey, Jr., Robert V. LaPenta, and Michael B. Targoff, and Nominal Defendant Leap Wireless International, Inc.*, filed February 7, 2008 (hereinafter the "***Leap State Derivative Litigation***"), is related to the following pending federal cases:

1.   The federal derivative case pending in the United States District Court of the Southern District of California, before the Honorable Barry T. Moskowitz: *Charles Graham, Derivatively on Behalf of Nominal Defendant Leap Wireless International, Inc. v. S. Douglas Hutcheson, Amin Khalifa, Grant Burton, Dean M. Luvisa, Michael B. Targoff, John D. Harkey, Jr., Robert V. LaPenta, Mark H. Rachesky, M.D., and James D. Dondero and Nominal Defendant Leap Wireless International, Inc.*, Case No. 08cv0246 BTM (NLS), filed February 7, 2008 (hereinafter the "***Leap Federal Derivative Litigation***").

2.   The consolidated securities class action case pending in the United States District Court for the Southern District of California, before the Honorable Barry T. Moskowitz: *HCL Partners Limited Partnership v. Leap Wireless International, Inc., S. Douglas Hutcheson, Dean M. Luvisa, Amin I. Khalifa, and PriceWaterhouseCoopers LLP*, Lead Case No. 07cv2245 BTM (NLS), filed November 27, 2007, and *Kent Carmichael v. Leap Wireless International, Inc., S. Douglas Hutcheson, Mark H. Rachesky, Amin I. Khalifa and Dean M. Luvisa*, Case No. 08cv128 (hereinafter collectively the "***Leap Securities Litigation***").

B.   **Related <u>Dismissed</u> Cases**

The *Leap State Derivative Litigation* is also related to the following three dismissed cases—one state derivative action and two federal securities class actions (collectively the "**Dismissed Cases**"):

1.   *Charles Graham, Derivatively on Behalf of Nominal Defendant Leap Wireless International, Inc. v. S. Douglas Hutcheson, et al.*, Superior Court of California for the County of San Diego Case No. 37-2008-00075341-CU-MC-CTL, filed on January 9, 2008 and subsequently dismissed. Derivative plaintiff Graham refiled his action in this Court on February 7, 2008 and it is the *Leap Derivative Litigation*.

2.   *Frank Charek v. Leap Wireless International, Inc., et al.*, United States District Court for the Southern District of California, Case No. 07CV2256DMS(CAB), filed November 28, 2007 and subsequently dismissed.

3.   *Devay Campbell v. Leap Wireless International, Inc., et al.*, United States District Court for the Southern District of California, Case No. 07CV2297BTM(NLS), filed December 7, 2007 and subsequently dismissed.

C.   **Description Of The Manner In Which The Cases Are Related**

Pursuant to California Rules of Court 3.300 (a), an action or proceeding is related to another action or proceeding where both of them: (1) involve the same parties and are based on the same or similar claims; (2) arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; (3) involve claims against, title to, possession of, or damages to the same property; or (4) are likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

1.   The *Leap State Derivative Litigation* is related to the *Leap Federal Derivative Litigation.*

The state and federal derivative litigation meet each of the factors identified above for related cases. First, they both involve substantially overlapping parties—Leap and several of

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN DIEGO

SD\633900.1

2

Case No. 37-2007-00081584-CU-MC-CTL
NOTICE OF RELATED CASES

its current and former officers and directors, including S. Douglas Hutcheson, Mark H. Rachesky, James D. Dondero, John D. Harkey, Jr., Robert V. LaPenta, and Michael Targoff. Second, they both arise from the same or substantially identical transactions, incidents, or events – Leap's financial restatements for the period 2004 to 2007 that was announced in November 2007, and allegations of the defendants' knowledge regarding the accounting errors and alleged deficiencies in internal controls in the four years prior to such announcement. Further, both the state and federal cases will require the determination of the same or substantially identical questions of law or fact, including but not limited to the threshold issue of shareholder standing to bring the claims derivatively. Third, both the state and federal derivative action involve the same claims, including but not limited to breach of fiduciary duty claims. Fourth, both the state and federal derivative action will require substantial duplication of judicial resources if heard by different judges.

Due to the overlapping nature of the *Leap State Derivative Litigation* and the *Leap Federal Derivative Litigation*, Leap will move to stay this state action until the parallel federal action is resolved.

2. The *Leap State Derivative Litigation* is also related to the *Leap Securities Litigation*

The *Leap State Derivative Litigation* and the *Leap Securities Litigation* also meet each of the factors identified above for related cases. First, they both involve substantially overlapping parties—Leap and several of its current and former officers and directors. Second, they both arise from the same or substantially identical transactions, incidents, or events – including a restatement of Leap's financial statements for the period 2004 to 2007, as announced on November 9, 2007, and the individual defendants' alleged knowledge of the accounting errors underlying such restatements and alleged lack of internal controls. Further, the *Leap State Derivative Litigation* and the *Leap Securities Litigation* Leap will require the determination of the same or substantially identical questions of law or fact, including legal issues pertaining to the scope of discovery and factual issues such as whether the alleged errors violate GAAP, when

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN DIEGO

SD\633900.1

3

Case No. 37-2007-00081584-CU-MC-CTL
NOTICE OF RELATED CASES

1  the defendants became aware of the alleged errors, and whether the defendants traded on
2  material adverse information. Third, both the *Leap State Derivative Litigation* and the *Leap
3  Securities Litigation* are likely to require substantial duplication of judicial resources and risk
4  inconsistent rulings if heard by different judges on a variety of issues, including discovery issues,
5  factual issues, and issues pertaining to the extent of the automatic discovery stay under the
6  Private Securities Litigation Reform Act when, as here, a motion to dismiss a securities claim is
7  pending. The Southern District of California has already determined that the *Leap Federal
8  Derivative Litigation* is related to the *Leap Securities Litigation*, and for the same reasons, this
9  Court should similarly find the *Leap State Derivative Litigation* is related to the *Leap Securities
10  Litigation*.

        3.      The ***Leap State Derivative Litigation*** is also related to the **Dismissed Cases**

For the reasons discussed above, the *Leap State Derivative Litigation* is also related to the dismissed state derivative action and the dismissed federal securities actions.

Dated: June 1, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
Miles N. Ruthberg
Pamela S. Palmer
Kimberly Arouh Hicks
Curtis Carll
Daniel K. Greene

By _____
Kimberly Arouh Hicks
Attorneys for Nominal Defendant
Leap Wireless International, Inc.

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN DIEGO

SD\633900.1

4

Case No. 37-2007-00081584-CU-MC-CTL
NOTICE OF RELATED CASES

1 | LATHAM & WATKINS LLP
　　Miles N. Ruthberg (Bar No. 086742)
2 | 　　miles.ruthberg@lw.com
　　Pamela S. Palmer (Bar No. 107590)
3 | 　　pamela.palmer@lw.com
355 South Grand Avenue
4 | Los Angeles, California 90071
Telephone: +1.213.485.1234
5 | Facsimile: +1.213.891.8763

6 | LATHAM & WATKINS LLP
　　Kimberly Arouh Hicks (Bar No. 163285)
7 | 　　kimberly.hicks@lw.com
　　Curtis Carll (Bar No. 248470)
8 | 　　curtis.carll@lw.com
　　Daniel K. Greene (Bar No. 253595)
9 | 　　daniel.greene@lw.com
600 West Broadway, Suite 1800
10 | San Diego, California 92101-3375
Telephone: +1.619.236.1234
11 | Facsimile: +1.619.696.7419

12 | Attorneys for Nominal Defendant
Leap Wireless International, Inc.

13 |

14 | 　　　　SUPERIOR COURT OF THE STATE OF CALIFORNIA

15 | 　　　　　　　　　　COUNTY OF SAN DIEGO

16 |

17 | LORI MCBRIDE, Derivatively on Behalf of Leap Wireless International, Inc., | CASE NO. 37-2007-00081584-CU-MC-CTL

18 | 　　　　　Plaintiff, | **PROOF OF SERVICE OF NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S NOTICE OF RELATED CASES**
19 | v. |

20 | S. DOUGLAS HUTCHESON, MARK H. RACHESKY, JAMES D. DONDERO, JOHN D. HARKEY, JR., ROBERT V. LaPENTA, MICHAEL B. TARGOFF, | Judge:　　　　Hon. John S. Meyer
Dept.:　　　　61
21 | | Complaint Filed:　November 13, 2007

22 | 　　　　　Defendants,

23 | – and –

24 | LEAP WIRELESS INTERNATIONAL, INC., a California corporation,
25 |
26 | 　　　　　Nominal Defendant.

27 |

28 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\636315.1

Case No. 37-2007-00081584-CU-MC-CTL
PROOF OF SERVICE

1  I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, California 92101-3375.

On **June 19, 2008,** I served the following documents described as:

**NOMINAL DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S NOTICE OF RELATED CASE**

by serving a true copy of the above-described document in the following manner:

| | |
|---|---|
| ☐ | **_By Federal Express_**. I am readily familiar with the office practice of Latham & Watkins for collecting and processing packages for delivery by FedEx, which practice is that when packages are deposited with the Latham & Watkins personnel responsible for depositing packages with FedEx, such packages are picked up by a representative of FedEx that same day in the ordinary course of business. |
| ☐ | **_By E-Service_**. I am readily familiar with the office practice of Latham & Watkins for preparing and serving documents by e-mail, which practice is that when documents are to be served by e-mail, they are scanned in a .pdf format and sent to the addressees on that same day in the ordinary course of business. |
| ☐ | **_By Facsimile_**. I am readily familiar with the office practice of Latham & Watkins for collecting, processing, and transmitting facsimiles. Under that practice, when a facsimile is deposited with the Latham & Watkins personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. |
| ☒ | **_By U.S. Mail_**. I am readily familiar with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins personnel responsible for depositing with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid in a sealed envelope. |
| ☐ | **_By Hand Delivery_**. I am readily familiar with the office practice of Latham & Watkins for collecting and processing documents for hand delivery by a messenger service or a registered process server. Under that practice, documents are given to the messenger service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger service or registered process server; such documents are delivered to the messenger service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the office practice of Latham & Watkins for collecting and processing documents for hand delivery by a messenger service or a registered process server. |
| ☒ | **_By Electronic Filing_**. I am readily familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served: |

1  The documents were served on the following parties in the above captioned action and
2  the pending related cases:

| *Leap State Derivative Litigation* | |
|---|---|
| Jeff S. Westerman, Esq.<br>Elizabeth P. Lin, Esq.<br>MILBERG LLP<br>300 South Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Tel: 213-617-1200<br>Fax: 213-617-1975<br>email: jwesterman@milberg.com<br>email: elin@milberg.com<br>**(Via U.S. Mail)**<br><br>Anita Kartalopoulos, Esq.<br>Kent A. Bronson, Esq.<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Tel: 212-594-5300<br>Fax: 212-868-1229<br>email: akartalopoulos@milbergweiss.com<br>email: kbronson@milbergweiss.com<br>**(Via U.S. Mail)**<br><br>Bruce G. Murphy, Esq.<br>LAW OFFICES OF BRUCE G. MURPHY<br>265 Llwyds Lane<br>Vero Beach, FL 32963<br>Tel: 772-231-4202<br>Fax: 772-231-7222<br>email: bgm@brucemurphy.biz<br>**(Via U.S. Mail)** | **Attorneys for Plaintiff Lori McBride** |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Keith E. Eggleton, Esq.<br>Diane M. Walters, Esq.<br>WILSON SONSINI GOODRICH & ROSATI APC<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: 650-493-9300<br>Fax: 650-493-6811<br>email: keggleton@wsgr.com<br>email: dwalters@wsgr.com<br>**(Via U.S. Mail)** | **Attorneys for Individual Defendants S. Douglas Hutcheson, Mark H. Rachesky, James D. Dondero, John D. Harkey, Jr., Robert V. LaPenta and Michael B. Targoff** |
| | *Leap Securities Litigation* | |
| 8<br>9<br>10<br>11<br>12 | Lionel Z. Glancy<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>email: info@glancylaw.com<br>**(Via Electronic Filing)** | **Attorneys for Plaintiff HCL Partners Limited Partnership and Lead Plaintiff New Jersey Carpenter Pension Benefits Fund** |
| 13<br>14<br>15<br>16 | Lori Sambol Brody, Esq.<br>KAPLAN FOX & KILSHEIMER LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Tel: (310) 785-0893 / Fax: (310) 785-0897<br>email: lbrody@kaplanfox.com<br>**(Via Electronic Filing)** | **Attorneys for Plaintiff Kent Carmichael** |
| 17<br>18<br>19<br>20<br>21<br>22 | Kirk Hulett, Esq.<br>Blake M. Harper<br>HULETT HARPER STEWART LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Tel: (619) 338-1133 / Fax: (619) 338-1139<br>email: kbh@hulettharper.com<br>email: bmh@hulettharper.com<br>**(Via Electronic Filing)** | **Attorneys for Movant Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C.** |
| 23<br>24<br>25<br>26<br>27 | Nicole Lavallee<br>BERMAN DeVALERIO PEASE TABACCO BURT PUCILLO<br>425 California Street<br>Suite 2100<br>San Francisco, CA 94104<br>Tel: (415) 433-3200/Fax: (415) 433-6382<br>email: nlavallee@bermanesq.com<br>**(Via Electronic Filing)** | **Attorneys for Movant Louisiana Municipal Police Employees Retirement System** |

3

| | | |
|---|---|---|
| 1 | Christopher Lometti, Esq.<br>Jay P. Saltzman, Esq.<br>Ashley Kim, Esq.<br>Daniel B. Rehns, Esq.<br>SCHOENGOLD SPORN LAITMAN &<br>LOMETTI<br>19 Fulton Street, Suite 406<br>New York, New York 10038<br>Tel: 212-964-0046<br>email: chris@spornlaw.com<br>email: jay@spornlaw.com<br>**(Via Electronic Filing)** | **Attorneys for Movant Jersey Carpenters Pension and Benefits Fund** |
| | Ramzi Abadou<br>COUGHLIN STOIA GELLER RUDMAN AND ROBBINS<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619)231-1058<br>email: ramzia@csgrr.com<br>**(Via Electronic Filing)** | **Attorney for Movant Alaska Electrical Pension Fund and Genesee County Employees' Retirement System** |
| | *Leap Federal Derivative Litigation* | |
| | Edward M. Gergosian, Esq.<br>GERGOSIAN & GRALEWSKI LLP<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>E-mail: ed@gergosian.com<br>**(Via Electronic Filing)** | **Attorneys for Plaintiff Charles Graham** |
| | Keith E. Eggleton, Esq.<br>Diane M. Walters, Esq.<br>WILSON SONSINI GOODRICH & ROSATI APC<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: 650-493-9300<br>Fax: 650-493-6811<br>email: keggleton@wsgr.com<br>email: dwalters@wsgr.com<br>**(Via Electronic Filing)** | **Attorneys for Individual Defendants** |

I will also cause the above referenced document to be filed in the pending related cases.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 19, 2008**, at San Diego, California.

Andrea Rasco

4

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO

SD\636315.1

Case No. 37-2007-00081584-CU-MC-CTL
PROOF OF SERVICE