1  LATHAM & WATKINS LLP
    Miles N. Ruthberg (Bar No. 086742)
2   miles.ruthberg@lw.com
    Pamela S. Palmer (Bar No. 107590)
3   pamela.palmer@lw.com
   355 South Grand Avenue
4  Los Angeles, California 90071-1560
   Telephone: +1.213.485.1234
5  Facsimile: +1.213.891.8763

6  LATHAM & WATKINS LLP
    Kimberly Arouh Hicks (Bar No. 163285)
7   kimberly.hicks@lw.com
    Jake Ryan (Bar No. 211899)
8   jake.ryan@lw.com
    Curtis Carll (Bar No. 248470)
9   curtis.carll@lw.com
    Daniel K. Greene (Bar No. 253595)
10  daniel.greene@lw.com
   600 West Broadway, Suite 1800
11 San Diego, California 92101-3375
   Telephone: +1.619.236.1234
12 Facsimile: +1.619.696.7419

13 Attorneys for Nominal Defendant
   Leap Wireless International, Inc.

14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO,<br><br>Defendants,<br><br>and<br><br>LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Nominal Defendant. | CASE NO. 08-CV-0246 BTM NLS<br><br>(Derivative Action)<br><br>**NOTICE OF CHANGE OF ADDRESS FOR LATHAM & WATKINS LLP'S LOS ANGELES OFFICE**<br><br>Judge:  The Hon. Barry T. Moskowitz<br>Courtroom:  14 |

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that the Los Angeles office address of Miles N.

3  Ruthberg and Pamela S. Palmer, counsel for Leap Wireless International, Inc., has changed.

4  Effective immediately, the correct address for them is as follows:

5      Miles N. Ruthberg
    Pamela S. Palmer
6      Latham & Watkins LLP
    355 South Grand Avenue
7      Los Angeles, California 90071-1560

8      **PLEASE TAKE FURTHER NOTICE THAT** electronic mail addresses,

9  telephone numbers, and facsimile numbers for the Los Angeles office have not changed.  All of

10  the contact information for the San Diego office of Latham & Watkins LLP remains the same.

11  Dated: June 20, 2008          Respectfully submitted,

12           LATHAM & WATKINS LLP
         Miles N. Ruthberg
13           Pamela S. Palmer
         Kimberly Arouh Hicks
14           Jake Ryan
         Curtis Carll
15           Daniel K. Greene

16

         By /s/ Kimberly Arouh Hicks
17             Kimberly Arouh Hicks
           Attorneys for Defendant
18             Leap Wireless International, Inc.

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\636472.1

1

CASE NO. 08-CV-0246 BTM NLS
NOTICE OF CHANGE OF ADDRESS FOR
LATHAM & WATKINS LLP

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On June 20, 2008, I served the following document described as:

**NOTICE OF CHANGE OF ADDRESS FOR LATHAM & WATKINS LLP'S LOS ANGELES OFFICE**

by serving a true copy of the above-described document in the following manner:

### BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Edward M. Gergosian, Esq.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
ed@gergosian.com
**Attorneys for Plaintiff**

Keith E. Eggleton, Esq.
Diane M. Walters, Esq.
WILSON SONSINI GOODRICH & ROSATI APC
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300
Fax: 650-493-6811
email: kegggleton@wsgr.com
email: dwalters@wsgr.com
**Attorneys for Individual Defendants**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 20, 2008, at San Diego, California.

_/s/ Alethia Corneil_
Alethia Corneil

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO
SD\636472.1                                2                        CASE NO. 08-CV-0246 BTM NLS
NOTICE OF CHANGE OF ADDRESS FOR
LATHAM & WATKINS LLP