```
 1  LATHAM & WATKINS LLP
       Miles N. Ruthberg (Bar No. 086742)
 2     miles.ruthberg@lw.com
       Pamela S. Palmer (Bar No. 107590)
 3     pamela.palmer@lw.com
    355 South Grand Ave.
 4  Los Angeles, California 90071-1560
    Telephone: +1.213.485.1234
 5  Facsimile: +1.213.891.8763

 6  LATHAM & WATKINS LLP
       Kimberly Arouh Hicks (Bar No. 163285)
 7     kimberly.hicks@lw.com
       Curtis Carll (Bar No. 248470)
 8     curtis.carll@lw.com
       Daniel K. Greene (Bar No. 253595)
 9     daniel.greene@lw.com
    600 West Broadway, Suite 1800
10  San Diego, California  92101-3375
    Telephone: +1.619.236.1234
11  Facsimile: +1.619.696.7419

12  Attorneys for Nominal Defendant
    Leap Wireless International, Inc.
13
    [Additional Counsel For the Moving Parties
14  Listed on Signature Page]
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO,<br><br>Defendants,<br>and<br><br>LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Nominal Defendant. | CASE NO. 08-CV-0246 BTM<br><br>(Derivative Action)<br><br>**PARTIES' JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Judge:    The Hon. Barry Ted Moskowitz<br>Courtroom:   15 |

LATHAM&WATKINS LLP   SD\637203.1
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 08-CV-0246
PARTIES' JOINT MOTION TO MODIFY BRIEFING SCHEDULE
AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS

Plaintiff Charles Graham ("Plaintiff"), Individual Defendants S. Douglas Hutcheson, Amin Khalifa, Grant Burton, Dean M. Luvisa, Michael B. Targoff, John D. Harkey, Jr., Robert V. LaPenta, Mark H. Rachesky, M.D., and James D. Dondero ("Individual Defendants"), and Nominal Defendant Leap Wireless International, Inc. ("Leap") (collectively "the Parties"), by and through their respective attorneys, hereby jointly move this Court for an order modifying the hearing and briefing schedule on the following two motions: (a) Nominal Defendant Leap Wireless International, Inc.'s Motion to Dismiss Derivative Complaint, filed May 30, 2008; and (b) Individual Defendants' Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint, filed June 2, 2008 (collectively referred to as "Defendants' Motions to Dismiss"):

1. Defendants' Motions to Dismiss were initially set for hearing on August 4, 2008, before the Honorable M. James Lorenz.

2. After this case was transferred pursuant to the "Low-Number" Rule to the Honorable Barry T. Moskowitz on June 11, 2008, the Court rescheduled the August 4, 2008 hearing to August 15, 2008, at 11:00 a.m., without oral argument.

3. The Parties hereby jointly request that the Court modify the briefing schedule and the hearing date because this is a derivative action involving complex issues and multiple parties, and the modest extension will allow the Parties additional time to adequately brief the issues in the potentially case dispositive motions.

4. The Parties jointly move to modify the current briefing and hearing schedule as follows:

Proposed Briefing Schedule

August 11, 2008 –    Plaintiff's Oppositions Due to Defendants' Motions to Dismiss (superseding prior date of August 1, 2008)

August 29, 2008 –    Defendants' Reply Briefs Due in Support of Defendants' Motions to Dismiss (superseding prior date of August 8, 2008)

LATHAM&WATKINS\
ATTORNEYS AT LAW\
SAN DIEGO

SD\637203.1                                                 1                                    CASE NO. 08-CV-0246\
PARTIES' JOINT MOTION RE BRIEFING\
SCHEDULE AND HEARING DATE

<u>Proposed Hearing Date</u>

September 4, 2008 at 11:00 a.m., without oral argument and without personal appearance (superseding prior date of August 15, 2008, which was also without oral argument and without personal appearance).

Respectfully submitted,

Dated: July 9, 2008

LATHAM & WATKINS LLP

By____/s/ Kimberly Arouh Hicks____
Kimberly Arouh Hicks
kimberly.hicks@lw.com
Attorneys for Nominal Defendant
Leap Wireless International, Inc.

Dated: July 9, 2008

WILSON SONSINI GOODRICH & ROSATI P.C.

By____/s/ Diane M. Walters____
Diane M. Walters
dwalters@wsgr.com
Attorneys for Individual Defendants
S. Douglas Hutcheson, Amin Khalifa, Grant Burton, Dean M. Luvisa, Michael B. Targoff, John D. Harkey, Jr., Robert V. LaPenta, Mark H. Rachesky and James D. Dondero

Dated: July 9, 2008

GERGOSIAN & GRALEWSKI LLP

By____/s/ Edward M. Gergosian____
Edward M. Gergosian
ed@gergosian.com
Attorneys for Plaintiff

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\637203.1

2

CASE NO. 08-CV-0246
PARTIES' JOINT MOTION RE BRIEFING SCHEDULE AND HEARING DATE

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On July 9, 2008, I served the following document described as:

**PARTIES' JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS SHAREHOLDER DERIVATIVE COMPLAINT**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Edward M. Gergosian, Esq.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
*ed@gergosian.com*
**Attorneys for Plaintiff**

Diane M. Walters, Esq.
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
*dwalters@wsgr.com*
**Attorneys for Individual Defendants S. Douglas Hutcheson, Amin Khalifa, Grant Burton, Dean M. Luvisa, Michael B. Targoff, John D. Harkey, Jr., Robert V. LaPenta, Mark H. Rachesky and James D. Dondero**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2008, at San Diego, California.

_____
Andrea Rasco