UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, <br><br> Defendants, <br><br> and <br><br> LEAP WIRELESS INTERNATIONAL, INC., <br><br> Nominal Defendant. | CASE NO. 08-CV-0246 BTM <br><br> (Derivative Action) <br><br> **ORDER GRANTING PARTIES' JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE OF DEFENDANTS' MOTION TO DISMISS** <br><br> Judge:       The Hon. Barry Ted Moskowitz <br> Courtroom:   15 |

1   IT IS HEREBY ORDERED that the Parties' Joint Motion to Modify Briefing Schedule and Hearing Date of Defendants' Motions to Dismiss is GRANTED. The revised briefing schedule and hearing date on the following two motions is as set forth below: (a) Nominal Defendant Leap Wireless International, Inc.'s Motion to Dismiss Derivative Complaint, filed May 30, 2008; and (b) Individual Defendants' Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint, filed June 2, 2008 (collectively referred to as "Defendants' Motions to Dismiss"):

    August 11, 2008 – Plaintiff's Oppositions Due to Defendants' Motions to Dismiss (superseding prior date of August 1, 2008)

    August 29, 2008 – Defendants' Reply Briefs Due in support of Defendants' Motions to Dismiss (superseding prior date of August 8, 2008)

    September 4, 2008 at 11:00 a.m.- Hearing on Defendants' Motions to Dismiss, without oral argument and without personal appearance (superseding prior date of August 15, 2008).

IT IS SO ORDERED.

DATED: July 23, 2008

_____
HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE