1  GERGOSIAN &GRALEWSKI, LLP
   Edward M. Gergosian
2  655 West Broadway
   Suite 1410
3  San Diego, CA 92101
   Telephone: (619) 237-9500
4  Facsimile: (619) 237-9555

5  SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP
6  Nichole Browning (Bar No. 251937)
   2125 Oak Grove Road, Suite 120
7  Walnut Creek, California 94598
   Telephone:  (925) 945-0770
8  Facsimile: (925) 945-8792
   -and-
9  Eric L. Zagar (Bar No. 250519)
   Tara P. Kao
10 280 King of Prussia Road
   Radnor, PA 19087
11 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
12
   Counsel for Plaintiff
13
   (Additional Moving Counsel Listed on Signature Page)
14
15                 UNITED STATES DISTRICT COURT

16               SOUTHERN DISTRICT OF CALIFORNIA

17 CHARLES GRAHAM, Derivatively on Behalf         Case No.: 08-0246 BTM (NLS)
   of Nominal Defendant LEAP WIRELESS
18 INTERNATIONAL, INC.,

19                          Plaintiff,

20          vs.                                   **JOINT MOTION REGARDING
                                                  COORDINATION  AND SETTING
21 S. DOUGLAS HUTCHESON, AMIN                     SCHEDULE FOR FILING A
   KHALIFA, GRANT BURTON, DEAN M.                 CONSOLIDATED COMPLAINT AND
22 LUVISA, MICHAEL B. TARGOFF, JOHN D.            BRIEFING**
   HARKEY, JR., ROBERT V. LAPENTA,
23 MARK H. RACHESKY, M.D., and JAMES D.           Courtroom 15
   DONDERO,                                       Honorable Barry T. Moskowitz
24
                            Defendants,
25
            and
26
   LEAP WIRELESS INTERNATIONAL, INC.,
27
                 Nominal Defendant.
28
   ────────────────────────────────────────────────────────────────
   JOINT MOTION REGARDING COORDINATION  AND SETTING SCHEDULE          1
   FOR FILING A CONSOLIDATED COMPLAINT AND BRIEFING
   No. 08-0246

The parties hereto jointly move this Court for an order granting this Joint Motion Regarding Coordination and Setting Schedule for Filing a Consolidated Complaint and Briefing through entry of the Proposed Order submitted herewith.

In support of this joint motion, the parties state:

1.      On February 7, 2008, Plaintiff Charles Graham ("Federal Plaintiff") filed the above-captioned shareholder derivative action on behalf of Nominal Defendant Leap Wireless International, Inc. ("Leap") ("Federal Derivative Action").

2.      There is currently pending a substantially similar shareholder derivative action in the Superior Court of California, San Diego entitled *McBride v. Hutcheson*, Civil Action No. 37-2007-81584-CU-MC-CTL (the "State Derivative Action") filed by plaintiff Lori McBride ("State Plaintiff").

3.      On April 21, 2008, State Plaintiff filed an Amended Shareholder Derivative Complaint.

4.      On May 30, 2008 and June 2, 2008, Leap and the Individual Defendants, respectively, filed motions to dismiss this Federal Derivative Action, which are currently calendared for hearing on September 4, 2008 (the "Motions to Dismiss").

5.      Meanwhile, on June 19, 2008, Leap and the Individual Defendants each filed demurrers in the State Derivative Action, which are set for hearing on October 3, 2008.

6.      On July 1, 2008, Leap, joined by the Individual Defendants, filed a Motion to Stay the State Derivative Action pending resolution of this Federal Derivative Action, which is set for hearing on September 19, 2008.

7.      All parties to the State and Federal Derivative Actions wish to avoid unnecessary, duplicative and potentially conflicting proceedings in multiple forums.

8.      For purposes of judicial efficiency, counsel for the Federal Plaintiff, Schiffrin Barroway Topaz & Kessler LLP, and counsel for State Plaintiff, Milberg LLP, intend to coordinate litigation efforts and proceed jointly in this Court.

9.      Counsel for State Plaintiff, Milberg LLP, will associate in to this Action as co-lead counsel to Schiffrin Barroway Topaz & Kessler LLP.

10.     Contemporaneously with this Joint Motion, the parties in the State Derivative Action are filing a Stipulation to Stay the State Derivative Action pending further order of the court in the State Action or resolution of this Federal Derivative Action (copy of Stipulation attached hereto as Exhibit A).

WHEREFORE, the parties, through their respective counsel, respectfully request the Court enter an order as follows:

A.      Federal Plaintiff shall file a notice to associate Milberg LLP as co-lead counsel in this Action. Subject to paragraph C below, defendants take no position with respect to the notice to associate Milberg LLP as co-lead counsel in this Action;

B.      The Co-Lead Counsel in this Action are Schiffrin Barroway Topaz & Kessler, LLP and Milberg LLP. Subject to paragraph C below, defendants take no position with respect to the appointment of Co-Lead Counsel;

C.      Defendants and their counsel shall be entitled to rely upon all agreements and statements made by or with either of Co-Lead Counsel in this action, and such agreements shall be binding on Federal Plaintiff and on Co-Lead Counsel.

D.      Federal Plaintiff shall file an amended consolidated complaint in this Federal Derivative Action on or before September 12, 2008;

E.      Federal Plaintiff shall not be required to file a response to the Motions to Dismiss filed on May 30, 2008 and June 2, 2008;

F.      Defendants shall respond or file motions to dismiss Federal Plaintiff's amended consolidated complaint on or before October 27, 2008, and, due to the complexity of the issues and the anticipated new claims in the amended consolidated complaint, each motion shall not exceed 30 pages;

G.      Federal Plaintiff may file opposition briefs to any motions to dismiss on or before December 11, 2008, and each opposition brief shall not exceed 30 pages; and

H.      Defendants may file reply briefs in support of any motions to dismiss on or before January 16, 2009, and each reply brief shall not exceed 15 pages.

DATED: August 13, 2008                      Respectfully submitted,

GERGOSIAN &GRALEWSKI, LLP

Edward M. Gergosian

655 West Broadway
Suite 1410
San Diego, CA 92101
Telephone: (619) 237-9500
Facsimile: (619) 237-9555

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Nichole Browning (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile:  (925) 945-8792
-and-
Eric L. Zagar (Bar No. 250519)
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiff*

DATED: 8/13/08

LATHAM & WATKINS LLP

Kimberly Arouh Hicks    by EMG per
600 West Broadway, Suite 1800    KAH OK
San Diego, CA 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419
-and-
Pamela S. Palmer
355 South Grand Ave.
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

*Counsel for Nominal Defendant
Leap Wireless International Inc.*

DATED: 8/13/08

WILSON SONSINI GOODRICH
& ROSATI, P.C.

Diane M. Walters    by EMG per
650 Page Mill Road    DMW OK
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811

Counsel for Individual Defendants