**EXHIBIT A**

1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  MICHIYO MICHELLE FURUKAWA (SBN 234121)
   ANDREW J. SOKOLOWSKI (SBN 226685)
3  One California Plaza
   300 South Grand Ave., Suite 3900
4  Los Angeles, CA  90071
   Telephone: (213) 617-1200
5  Facsimile:  (213) 617-1975

6  MILBERG LLP                        LAW OFFICES OF BRUCE G. MURPHY
   ANITA KARTALOPOULOS                BRUCE G. MURPHY
7  KENT A. BRONSON                    265 Llwyds Lane
   One Pennsylvania Plaza, 49th Floor  Vero Beach, FL  32963
8  New York, NY 10119                 Telephone: (772) 231-4202
   Telephone: (212) 594-5300          Facsimile:  (772) 231-7222
9  Facsimile:  (212) 868-1229

10
   Attorneys for Plaintiff
11

12              SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                       COUNTY OF SAN DIEGO

14  LORI MCBRIDE, Derivatively on Behalf of  ) Civil Action: 37-2007-00081584-CU-MC-CTL
    Leap Wireless International, Inc.,         )
15                                            ) (Derivative Action)
                         Plaintiff,           )
16                                            ) STIPULATION REGARDING STAY OF
             vs.                              ) THIS STATE DERIVATIVE ACTION
17                                            ) PENDING RESOLUTION OF THE
    S. DOUGLAS HUTCHESON, MARK H.              ) FEDERAL DERIVATIVE ACTION AND
18  RACHESKY, JAMES D. DONDERO,                ) [PROPOSED] ORDER
    JOHN D. HARKEY, JR., ROBERT V.             )
19  LaPENTA, and MICHAEL B. TARGOFF,           )
                                              ) JUDGE:      Hon. John S. Meyer
20                       Defendants,          )
                                              )
21           - and -                          ) Complaint filed:     November 13, 2007
                                              )
22  LEAP WIRELESS INTERNATIONAL,              )
    INC., a California corporation,           )
23                                            )
                         Nominal Defendant.   )
24                                            )
                                              )
25

26

27

28

STIPULATION REGARDING STAY OF THIS STATE DERIVATIVE ACTION PENDING RESOLUTION OF
THE FEDERAL DERIVATIVE ACTION AND [PROPOSED] ORDER
DOCS\441136v2

1   The above-captioned action is a shareholder derivative suit filed on behalf of Nominal

2   Defendant Leap Wireless International, Inc. ("Leap") ("State Derivative Action");

3   On February 7, 2008, a substantially similar shareholder derivative action was filed on

4   behalf of Leap in the U.S. District Court, Southern District of California entitled *Graham v.*

5   *Hutcheson, et al*, No. 08-CV-0246 (BTM) (the "Federal Derivative Action");

6   On June 19, 2008, Leap and the Individual Defendants each filed demurrers in this State

7   Derivative Action, which are set for hearing on October 3, 2008;

8   On July 1, 2008, Leap, joined by the Individual Defendants, filed a Motion to Stay this

9   State Derivative Action pending resolution of the parallel Federal Derivative Action, which is set

10  for hearing on September 19, 2008;

11  Leap and the Individual Defendants in the Federal Derivative Action previously filed

12  motions to dismiss that action which are set for hearing on September 4, 2008;

13  All parties to the State and Federal Derivative Actions wish to avoid unnecessary,

14  duplicative and potentially conflicting proceedings in multiple forums;

15  The parties in the Federal Derivative Action are filing a Joint Motion in the federal court

16  to allow counsel for the plaintiff in this State Derivative Action, Milberg LLP, to coordinate

17  litigation efforts and proceed jointly as Co-Lead counsel in the Federal Derivative Action, and to

18  file an amended complaint in the Federal Derivative Action (copy of Joint Motion attached as

19  Exhibit A);

20  The Joint Motion advises the federal court of this Stipulation to Stay this State Derivative

21  Action pending resolution of the Federal Derivative Action or further order of this Court;

22  A stay of this State Derivative Action will promote judicial economy and avoid the risk

23  of inconsistent rulings in the State and Federal Derivative Actions;

24  THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

25  RECORD, HEREBY STIPULATE, AGREE, AND JOINTLY REQUEST AS FOLLOWS:

26  The entry of an order: (a) staying this case in its entirety pending resolution of the parallel

27  derivative action in the U.S. District Court, Southern District of California, *Graham v.*

28

| STIPULATION RE: STAY OF STATE DERIV ACTION PENDING RESOLUTION OF THE FED DERIV ACTION & [PROP] ORDER | 1 | CASE NO.: 37-2007-00081584-CU-MC-CTL |
| --- | --- | --- |

DOCS\441136v2

*Hutcheson, et al*, No. 08-CV-0246-BTM or further order of this Court and (b) vacating all hearing dates, including the September 19, 2008 hearing on Leap's Motion to Stay State Derivative Action Pending Resolution of Parallel Federal Derivative Action, and the October 3, 2008 hearing on the demurrers filed by Leap and the Individual Defendants.

IT IS SO STIPULATED.

DATED:  August 13, 2008

MILBERG LLP
JEFF S. WESTERMAN
MICHIYO MICHELLE FURUKAWA
ANDREW J. SOKOLOWSKI


_____

MICHIYO MICHELLE FURUKAWA

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

MILBERG LLP
ANITA KARTALOPOULOS
KENT A. BRONSON
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL  32963
Telephone: (772) 231-4202
Facsimile:  (772) 231-7222

Counsel for Plaintiff

DATED:  August 13, 2008

LATHAM & WATKINS LLP

_____
KIMBERLY AROUH HICKS

LATHAM & WATKINS LLP
MILES N. RUTHBERG
PAMELA S. PALMER
355 South Grand Ave.
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

LATHAM & WATKINS LLP
KIMBERLY AROUH HICKS
JAKE RYAN
CURTIS CARLL
DANIEL K. GREENE
600 West Broadway, Suite 1800
San Diego, California  92101-3375
Telephone: (619) 236-1234
Facsimile:  (619) 696-7419

Attorneys for Nominal Defendant
Leap Wireless International, Inc.

DATED:  August 13, 2008

WILSON SONSINI GOODRICH
    & ROSATI, P.C.
KEITH E. EGGLETON
DIANE M. WALTERS

_____
DIANE M. WALTERS

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650)  493-9300
Facsimile:  (650) 493-6811

Attorneys for Defendants
S. Douglas Hutcheson, Mark H. Rachesky,
M.D., James D. Dondero, John D. Harkey, Jr.,
Robert V. LaPenta and Michael B. Targoff

| STIPULATION RE: STAY OF STATE DERIV ACTION PENDING RESOLUTION OF THE FED DERIV ACTION & [PROP] ORDER | 3 | CASE NO.: 37-2007-00081584-CU-MC-CTL |
|---|---|---|

DOCS\441136v2

1

2                                    *       *       *

3                              **O R D E R**

4          Having considered the parties' Stipulation To Stay This State Derivative Action Pending

5   Resolution of Federal Derivative Action, and for good cause shown, the Court hereby orders a

6   stay of this case pending resolution of the parallel derivative action in the U.S. District Court,

7   Southern District of California, *Graham v. Hutcheson, et al*, No. 08-CV-0246-BTM-NLS or

8   further order of this Court.

9          In light of this stay order, all hearing dates shall be vacated, including but not limited to:

10  (a) the September 19, 2008 hearing on Leap's Motion to Stay State Derivative Action Pending

11  Resolution of Parallel Federal Derivative Action; and (b) the October 3, 2008 hearing on the

12  demurrers filed by Leap and the Individual Defendants.

13         IT IS SO ORDERED.

14

15  Dated:_____, 2008

16                                          _____
                                            HONORABLE JOHN S. MEYER
17                                          JUDGE OF THE SUPERIOR COURT

18

19

20

21

22

23

24

25

26

27

28

| STIPULATION RE: STAY OF STATE DERIV ACTION PENDING RESOLUTION OF THE FED DERIV ACTION & [PROP] ORDER | 4 | CASE NO.: 37-2007-00081584-CU-MC-CTL |

DOCS\441136v2