GERGOSIAN &GRALEWSKI, LLP
Edward M. Gergosian
655 West Broadway
Suite 1410
San Diego, CA 92101
Telephone: (619) 237-9500
Facsimile: (619) 237-9555

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Nichole Browning (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:  (925) 945-0770
Facsimile: (925) 945-8792
-and-
Eric L. Zagar (Bar No. 250519)
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., | Case No.: 08-0246 BTM (NLS) |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, | |
| Defendants, | |
| and | |
| LEAP WIRELESS INTERNATIONAL, INC., | |
| Nominal Defendant. | |

## CERTIFICATE OF SERVICE

I, Johanna Cervantes, declare as follows:

I am at least 18 years of age, and not a party to this action. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On August 13, 2008, the following document was filed electronically with the Clerk of Court via ECF and the ECF will send an electronic notice to all parties registered for electronic filing in this case:

**JOINT MOTION REGARDING COORDINATION AND SETTING SCHEDULE FOR FILING A CONSOLIDATED COMPLAINT AND BRIEFIN**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 13, 2008                              */s/ Johanna Cervantes*
                                                                    Johanna Cervantes

PROOF OF SERVICE
No. 08-0246

2