1  GERGOSIAN &GRALEWSKI, LLP
   Edward M. Gergosian
2  655 West Broadway
   Suite 1410
3  San Diego, CA 92101
   Telephone: (619) 237-9500
4  Facsimile: (619) 237-9555

5  SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP
6  Nichole Browning (Bar No. 251937)
   2125 Oak Grove Road, Suite 120
7  Walnut Creek, California 94598
   Telephone:  (925) 945-0770
8  Facsimile: (925) 945-8792
   -and-
9  Eric L. Zagar (Bar No. 250519)
   Tara P. Kao
10 280 King of Prussia Road
   Radnor, PA 19087
11 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, <br><br> Defendants, <br><br> and <br><br> LEAP WIRELESS INTERNATIONAL, INC., <br><br> Nominal Defendant. | Case No.: 08-0246 BTM (NLS) <br><br> **PROOF OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Johanna Cervantes, declare as follows:

I am at least 18 years of age, and not a party to this action. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On August 13, 2008, the following document was filed electronically with the Clerk of Court via ECF and the ECF will send an electronic notice to all parties registered for electronic filing in this case:

**JOINT MOTION REGARDING COORDINATION AND SETTING SCHEDULE FOR FILING A CONSOLIDATED COMPLAINT AND BRIEFIN**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 13, 2008

_____
Johanna Cervantes

PROOF OF SERVICE
NO. 08-0246                                                                                      2