1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10   CHARLES GRAHAM, Derivatively on Behalf          Case No.: 08-0246
     of Nominal Defendant LEAP WIRELESS
11   INTERNATIONAL, INC.,

12                          Plaintiff,

13          vs.                                       **ORDER REGARDING
                                                      COORDINATION AND SETTING
14   S. DOUGLAS HUTCHESON, AMIN                       SCHEDULE FOR FILING A
     KHALIFA, GRANT BURTON, DEAN M.                   CONSOLIDATED COMPLAINT
15   LUVISA, MICHAEL B. TARGOFF, JOHN D.              AND BRIEFING; DENYING
     HARKEY, JR., ROBERT V. LAPENTA,                  WITHOUT PREJUDICE
16   MARK H. RACHESKY, M.D., and JAMES D.             PREVIOUSLY FILED MOTIONS TO
     DONDERO,                                         DISMISS**

17
                            Defendants,
18
            and
19
     LEAP WIRELESS INTERNATIONAL, INC.,
20
                            Nominal Defendant.
21

22

23

24

25

26

27

28   ORDER REGARDING COORDINATION  AND SETTING SCHEDULE                                1
     FOR FILING A CONSOLIDATED COMPLAINT AND BRIEFING
     No. 08-0246

1    Having considered the Joint Motion Regarding Coordination and Setting Schedule for

2    Filing a Consolidated Complaint and Briefing, and good cause showing, it is hereby ordered that:

3    A.    Federal Plaintiff shall file a notice to associate Milberg LLP as co-lead counsel in
           this Action.

4

5    B.    The Co-Lead Counsel in this Action are Schiffrin Barroway Topaz & Kessler, LLP
           and Milberg LLP.

6    C.    Defendants and their counsel shall be entitled to rely upon all agreements and
           statements made by or with either of Co-Lead Counsel in this action, and such

7          agreements shall be binding on Federal Plaintiff and on Co-Lead Counsel.

8    D.    Federal Plaintiff shall file an amended consolidated complaint on or before
           September 12, 2008;

9

10   E.    Federal Plaintiff shall not be required to file a response to the Motions to Dismiss
           filed on May 30, 2008 and June 2, 2008.  These Motions to dismiss are **DENIED
           WITHOUT PREJUDICE** and the hearing date is **VACATED**.

11

12   F.    Defendants shall respond or file motions to dismiss Federal Plaintiff's amended
           consolidated complaint on or before October 27, 2008, and each motion shall not
           exceed 30 pages;

13

14   G.    Federal Plaintiff may file opposition briefs to any motions to dismiss on or before
           December 11, 2008, and each opposition brief shall not exceed 30 pages; and

15   H.    Defendants may file reply briefs in support of any motions to dismiss on or before
           January 16, 2009, and each reply brief shall not exceed 15 pages.

16

17        IT IS SO ORDERED.

18   DATED:  August 25, 2008

           _____
19         THE HONORABLE BARRY TED MOSKOWITZ
           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
     ORDER REGARDING COORDINATION  AND SETTING SCHEDULE                                    2
     FOR FILING A CONSOLIDATED COMPLAINT AND BRIEFING
     No. 08-0246