1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAHAM, Derivatively on Behalf of Nominal Defendant LEAP WIRELESS INTERNATIONAL, INC., | Case No.: 08-0246 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL** |
| S. DOUGLAS HUTCHESON, AMIN KHALIFA, GRANT BURTON, DEAN M. LUVISA, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ROBERT V. LAPENTA, MARK H. RACHESKY, M.D., and JAMES D. DONDERO, | |
| Defendants, | |
| and | |
| LEAP WIRELESS INTERNATIONAL, INC., | |
| Nominal Defendant. | |

# NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated August 25, 2008, Jeff S. Westerman, Michiyo Michelle Furukawa, and Andrew J. Sokolowski of Milberg LLP hereby enter their appearances as counsel of record and are associated in this case as co-lead counsel for Plaintiff Charles Graham. Copies of all pleadings, papers and notices should be served as follows:

MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
MICHIYO MICHELLE FURUKAWA (SBN 234121)
mfurukawa@milberg.com
ANDREW J. SOKOLOWSKI (SBN 226685)
asokolowski@milberg.com
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

DATED: September 9, 2008

Respectfully submitted,

GERGOSIAN &GRALEWSKI, LLP

Edward M. Gergosian (Bar No. 105679)
655 West Broadway
Suite 1410
SanDiego, CA 92101
Telephone: (619) 237-9500
Facsimile: (619) 237-9555

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Nichole Browning (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile:  (925) 945-8792
-and-
Eric L. Zagar (Bar No. 250519)
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

1

2       MILBERG LLP
        Jeff S. Westerman (Bar No. 94559)
        Michelle Furukawa (Bar No. 234121)
3       Andrew J. Sokolowski (Bar No. 226685)
        One California Plaza
        300 South Grand Avenue, Suite 3900
4       Los Angeles, CA 90071
        Telephone: (213) 617-1200
5       Facsimile: (213) 617-1975

6       *Counsel for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Johanna Cervantes, declare as follows:

I am at least 18 years of age, and not a party to this action.  My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On  September 9, 2008, the following document was filed electronically with the Clerk of Court via ECF and the ECF will send an electronic notice to all parties registered for electronic filing in this case:

**NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 9, 2008

Johanna Cervantes